On this meager record the sentencing court was not justified in sentencing the defendant as a second offender. Judgment modified by remitting case to County Court of Queens County for resentence, and as so modified affirmed. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO J. LEWIS, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Argued December 2, 1948; decided January 13, 1949.

*Harris B. Steinberg* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*William S. Elder, Jr., Wendell P. Brown* and *Herman N. Harcourt* of counsel), for respondents.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.